**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LOUIS BROWN                                                          PLAINTIFF

v.                                No. 5:10CV00300 JLH-JTK

DREW COUNTY, ARKANSAS, et al.                                       DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be,  and it is hereby, DISMISSED without prejudice.  The relief

sought is denied.

IT IS SO ADJUDGED this 3rd day of November, 2010.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE